# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:26-M -00132(1) |
| | § | |
| (1) Nika Machutadze | § | |

## ORDER REGARDING FINANCIAL STATUS

The defendant appeared in this Court this day and asked the Court to appoint counsel. Because the defendant has testified under oath or otherwise satisfied the Court after appropriate inquiry that the defendant (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court has appointed counsel to represent the defendant in this case.

The defendant is advised that he may be required to reimburse the Government for the costs of appointed counsel on completion of the case. IT IS THEREFORE ORDERED that on any finding of guilt as to these current charges, the U.S. Probation Office is instructed to make financial inquiries of the defendant to determine if the defendant can repay the costs of court-appointed counsel. The U.S. Probation Office shall report its findings to the judicial officer assigned to the case before any sentencing.

**SIGNED** on February 2, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE