# UNITED STATES DISTRICT COURT

## for the

## Western District of Texas

| | |
|---|---|
| **United States of America** ) | |
| **V** ) | Case No. 26-mj-132 |
| **Nika Machutadze** ) | |

## **NOTICE OF APPEARANCE**

The undersigned counsel hereby files this Notice of Appearance as attorney of record for Defendant Nika Machutadze arraignment in the above-styled and numbered cause.

Counsel requests that all future pleadings, correspondence, orders, and other papers be served upon the undersigned at the address listed below.

Respectfully submitted,

/s/ Sam Adamo Sr_____

ADAMO/ADAMO LAW FIRM

3200 Travis St. 4th Floor,

Houston, Texas 77006

713-237-8380 (Office)

713-203-4440 (Cell

Texas State Bar #00847000

Attorney for Nika Machutadze

## **CERTIFICATE OF SERVICE**

I certify that on February 3, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF, which will serve all counsel of record.

/s/ Sam Adamo Sr._____