UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| USA | § | |
|---|---|---|
| | § | |
| vs. | § | Case Number: AU:26-M -00132(1) ML |
| | § | |
| (1) Nika Machutadze | § | |

## ORDER RESETTING PRELIMINARY / DETENTION / IDENTITY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 11:00 AM, in Courtroom 8, on the Seventh Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on February 11, 2026.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 4th day of February, 2026

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE